UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON,<br><br>*Plaintiff,*<br><br>v.<br><br>DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC.<br><br>*Defendant.* | CIVIL ACTION<br>NO. 04-10500-EFH |

## NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that Daniel J. Blake, David S. Rubin, and Heather C. Krauss hereby enter their appearances as counsel for Defendant, Deutsche Investment Management Americas Inc., in the above-captioned matter.

Respectfully submitted,

DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC.,

By its attorneys,

*/s/ Heather C. Krauss*

David S. Rubin, BBO # 546213
Daniel J. Blake, BBO #552922
Heather C. Krauss, BBO # 644457
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: April 7, 2004

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on April 7, 2004, a true copy of the foregoing document was served via overnight mail upon counsel for Plaintiff, Lisa M. Luchetti, 11 Glendale Road, Boxford, MA 01921.

_____
Heather C. Krauss