UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON,<br><br>*Plaintiff*,<br><br>v.<br><br>DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC.<br><br>*Defendant*. | CIVIL ACTION<br>NO. 04-10500-EFH |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant, Deutsche Investment Management Americas Inc. ("DIMA"), states that it is a wholly-owned subsidiary of Deutsche Bank Americas Holding Corporation. Deutsche Bank Americas Holding Corporation is ultimately a subsidiary of Deutsche Bank, A.G. If necessary, DIMA will supplement this statement in accordance with Fed. R. Civ. P. 7.1(b)(2) and Local Rule 7.3(B).

Respectfully submitted,

DEUTSCHE INVESTMENT MANAGEMENT
AMERICAS INC.,

By its attorneys,

*Heather C. Krauss*
David S. Rubin, BBO # 546213
Daniel J. Blake, BBO #552922
Heather C. Krauss, BBO # 644457
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: April 7, 2004

-2-

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on April 7, 2004, a true copy of the foregoing document was served via overnight mail upon counsel for Plaintiff, Lisa M. Luchetti, 11 Glendale Road, Boxford, MA 01921.

/s/ Heather C. Krauss
Heather C. Krauss