AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

JOHN R. LAYTON

V.

DEUTSCHE INVESTMENT MANAGEMENT
AMERICAS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10500 EFH

TO: (Name and address of Defendant)

Deutsche Investment Management Americas, Inc.
345 Park Avenue
New York, NY  10154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue, Suite 1700
New York, NY  10022

with courtesy copy to:

Lisa M. Luchetti, Esq., 11 Glendale Rd., Boxford, MA   01921

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  MAR 11 2004

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

March 30, 2004

I hereby certify and return that on 3/18/2004 at 10:40:00 AM I served a true and attested copy of the Summons and Complaint, and Jury Demand in this action in the following manner: To wit, by delivering in hand to C.Bonney,Process Clerk & agent in charge of CT Corp & its, agent, person in charge at the time of service for Deutsche Investment Management Americas,, at CT Corporation Systems, 101 Federal Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

*Deputy Sheriff*

AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

____________ *Address of Server*