UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 23 P 2: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOHN R. LAYTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC. | ) CIVIL ACTION<br>) NO. 04-10500-EFH |
| Defendant. | ) |

## LOCAL RULE 16.1 JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Local Rule 16.1, Plaintiff John R. Layton ("Plaintiff"), and Defendant, Deutsche Investment Management Americas Inc. ("DIMA") (collectively, "the Parties"), have conferred through counsel and hereby submit this Joint Statement in anticipation of the June 30, 2004 Initial Scheduling Conference.

1. Joint Discovery Plan

    a. The Parties have agreed to make the automatic disclosures required by Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A) on or before July 7, 2004.

    b. The Parties agree that discovery may commence immediately following compliance with the above-referenced automatic disclosure provisions. The Parties agree that discovery shall be limited in accordance with Local Rule 26.1(C), but that either Party may request additional discovery in accordance with Local Rule 26.2(B).

    c. Disclosure of expert testimony shall be in accordance with Fed. R. Civ. P. 26(a)(2), except that such expert disclosures shall be made on or before

December 1, 2004. Disclosure relating to rebuttal testimony shall be made in accordance with Fed. R. Civ. P. 26(a)(2).

    d.    All discovery shall be completed on or before February 15, 2005.

2.    <u>Scheduling of Motions</u>

    a.    <u>Motions for Joinder/Amendment</u> – Such motions shall be filed or before September 1, 2004.

    b.    <u>Dispositive Motions</u> – Such motions shall be filed on or before April 15, 2005. Opposition to such a motion shall be filed within thirty (30) days of service of the original motion.

3.    <u>Local Rule 16.1(D) Certifications</u>

The certifications required by Local Rule 16.1(D)(3) shall be filed separately by the Parties prior to the date of the Initial Scheduling Conference.

Respectfully submitted,

ATTORNEY FOR PLAINTIFF,

JOHN R. LAYTON,

_____
Lisa M. Luchetti, BBO # 640861
11 Glendale Road
Boxford, MA 01921
Telephone: (978) 352-4939

ATTORNEYS FOR DEFENDANT,

DEUTSCHE INVESTMENT
MANAGEMENT AMERICAS INC.,

_____
David S. Rubin, BBO # 546213
Daniel J. Blake, BBO # 552922
Heather C. Krauss, BBO # 644457
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000

DATED: June 23, 2004

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on June 23, 2004, a true copy of the foregoing document was served via first-class U.S. mail, postage prepaid, upon counsel for Plaintiff, Lisa M. Luchetti, 11 Glendale Road, Boxford, MA 01921.

_____
Heather C. Krauss