UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 23  P 2: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOHN R. LAYTON,<br><br>*Plaintiff,*<br><br>v.<br><br>DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC.<br><br>*Defendant.* | CIVIL ACTION<br>NO. 04-10500-EFH |

## DEFENDANT'S LOCAL RULE 16.1 (D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendant, Deutsche Investment Management Americas Inc., and the undersigned counsel hereby certify that they have conferred:

(a)  With a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and,

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

COUNSEL FOR DEFENDANT,

*/s/ Heather C. Krauss*

David S. Rubin, BBO # 546213
Daniel J. Blake, BBO # 552922
Heather C. Krauss BBO #644457
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA  02199

DATED:  June 23, 2004

DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC.,

*/s/ Michelle J. Toll*

Michelle Toll, Esq.
Employment Counsel

DATED:  June 21, 2004

- 2 -

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on June 23, 2004, a true copy of the foregoing document was served via first-class U.S. mail, postage prepaid, upon counsel for Plaintiff, Lisa M. Luchetti, 11 Glendale Road, Boxford, MA 01921.

_____
Heather C. Krauss