UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 30 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN R. LAYTON,
        Plaintiff,

v.

DEUTSCHE INVESTMENT MANAGEMENT
AMERICAS, INC.
        Defendant.

CIVIL ACTION
NO. 04-10500-EFH

### LOCAL RULE 85.5.3 MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiff John R. Layton, by his attorney, Lisa M. Luchetti of the firm Law Office of Lisa Luchetti, hereby moves that John K. Weir of the firm John K. Weir Law Offices, LLC be admitted *pro hac vice* to serve as counsel to John R. Layton in this matter.

In support of this motion, Lisa M. Luchetti states she and Attorney Weir have conferred with opposing counsel regarding such admittance and they have not stated any opposition thereto.

WHEREFORE, plaintiff John R. Layton respectfully requests that his motion for entry of appearance *pro hac vice* be allowed.

John R. Layton

By his Attorney:

*/s/ Lisa M. Luchetti*

Dated: June 30, 2004

## CERTIFICATE OF JOHN K. WEIR

I, John K. Weir, hereby certify as follows:

1. I am a member of the bar in New York. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
John K. Weir

Dated: June 30, 2004

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JOHN KEELEY WEIR

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 17th day of April, 1972 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 23, 2004

*Catherine O'Hagan Wolfe*
Clerk

7245

## CERTIFICATE OF SERVICE

I, Lisa M. Luchetti, hereby certify that on June 29, 2004, a true copy of the foregoing document was served via overnight mail upon counsel for Plaintiff, Heather C. Krauss, Epstein, Becker & Green, P.C., 111 Huntington Avenue, 26th Floor, Boston, MA 02199.

_____
Lisa M. Luchetti