<div style="text-align:center">

**LISA M. LUCHETTI**
ATTORNEY AT LAW
11 GLENDALE ROAD, BOXFORD, MASSACHUSETTS 01921
TEL: (978) 352-4939
FAX: (978) 352-7737

</div>

---

June 29, 2004

Heather C. Krauss
Epstein, Becker & Green, P.C.
111 Huntington Avenue
26th Floor
Boston, MA 02199-7610

Re:   Settlement Proposal - Layton v. Deutsche Investment Management Americas, Inc.
      Civil Action No. 04-10500-EFH

Dear Ms. Krauss:

    Pursuant to Local Rule 16.1, Plaintiff John R. Layton offers a revised settlement proposal of $500,000.

    Please contact me at your earliest convenience to discuss the possibility of such settlement.

<div style="margin-left:50%">

Very truly yours,

John R. Layton

By his attorney,

_____
Lisa M. Luchetti

</div>