**LISA M. LUCHETTI**
ATTORNEY AT LAW
11 GLENDALE ROAD, BOXFORD, MASSACHUSETTS 01921
TEL: (978) 352-4939
FAX: (978) 352-7737

---

July 28, 2004

Civil Clerk of Courts
United States District Court, District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

    Re:    <u>John R. Layton v. Deutsche Investment Management Americas, Inc.</u>
              <u>Civil Action No. 04-10500-EFH</u>

Dear Sir or Madam:

    Enclosed for filing please find my notice of withdrawal from the above-referenced matter in accordance with Local Rule 83.5.2(c). A copy of this notice was sent on July 27, 2004 to the Plaintiff John R. Layton, attorneys for the Defendant Deutsche Investment Management Americas, Inc. and co-counsel John K. Weir.

    Thank you for your assistance with this matter.

                                              Very truly yours,

                                              Lisa M. Luchetti, BBO #640861
                                              11 Glendale Road
                                              Boxford, MA 01921
                                              (978) 352-4939

Enclosure

cc:    John K. Weir, Esq. (via U.S. mail, w/ encl.)
       Heather C. Krauss, Esq. (via U.S. mail w/ encl.)

**LISA M. LUCHETTI**
ATTORNEY AT LAW
11 GLENDALE ROAD, BOXFORD, MASSACHUSETTS 01921
TEL: (978) 352-4939
FAX: (978) 352-7737

July 27 2004

Heather C. Krauss
Epstein, Becker & Green, P.C.
111 Huntington Avenue
26th Floor
Boston, MA 02199-7610

    Re:    <u>John R. Layton v. Deutsche Investment Management Americas, Inc.</u>
             <u>Civil Action No. 04-10500-EFH</u>

Dear Heather:

I am withdrawing from the above-referenced matter as of today. All further correspondence and communication should be directed to Jack Weir. His contact information is as follows:

John K. Weir Law Offices, LLC
300 Park Avenue
Suite 1700
New York, NY 10022
Tel: 212-572-6374
Fax: 212-572-6499

                                      Very truly yours,

                                      Lisa M. Luchetti

cc:    John K. Weir, Esq. (via U.S. mail, w/ encl.)