UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10500-EFH

JOHN R. LAYTON )
    Plaintiff, )
)
)
v. )
)
)
DEUTSCHE INVESTMENT )
MANAGEMENT AMERICAS, INC., )
    Defendants )
)

## NOTICE OF APPEARANCES

Please take notice that Denise L. Page and Nancie L. Edgren, hereby enter their appearances as counsel for Plaintiff, John R. Layton, in the above captioned matter.

        Respectfully submitted,
        The Plaintiff,
        John R. Layton,
        By his attorneys,

        Denise L. Page, Esq.
        BBO No. 119415
        Nancie L. Edgren, Esq.
        BBO No. 648665
        BARRON & STADFELD, P.C.
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        617.723.9800

Dated: October ___, 2004

CERTIFICATE OF SERVICE

I hereby certify that on October  , 2004, I caused a true and accurate copy of the above document to be served by first class mail upon Attorneys David S. Rubin, Daniel J. Blake, Heather C. Krauss, at Epstein, Becker & Green, P.C., 111 Huntington, Avenue, Boston, Massachusetts, 02109.

_____
Nancie L. Edgren

304132