UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON,<br><br>*Plaintiff,*<br><br>v.<br><br>DEUTSCHE INVESTMENT MANAGEMENT<br>AMERICAS, INC.<br><br>*Defendant.* | CIVIL ACTION<br>NO. 04-10500-EFH |

## JOINT MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES

The Parties in the above action hereby submit this Joint Motion to Extend Expert Disclosure and Discovery Deadlines. Specifically, the Parties request an extension of the discovery deadline up to and through March 18, 2005. The Parties request an extension of the deadline for disclosures relating to testifying experts up to and through January 7, 2005, with disclosures relating to rebuttal testimony to be made thereafter in accordance with Fed. R. Civ. P. 26(a)(2). This is the Parties' first request for an extension of the scheduling deadlines in this case. As further grounds for their Joint Motion to Extend, the Parties state as follows:

1. At the Scheduling Conference held on June 30, 2004, the Court accepted the deadlines proposed in the Parties' Local Rule 16.1 Joint Statement. The deadline set forth in that Joint Statement for disclosures relating to testifying experts is December 1, 2004 (with disclosures of rebuttal testimony to be made thereafter in accordance with Fed. R. Civ. P. 26(a)(2)), and the deadline for completing discovery is February 15, 2005.

2. The Parties are currently in the process of completing discovery. To date, Defendant has deposed Plaintiff, served interrogatories and documents requests, and served its

- 2 -

initial disclosures. Plaintiff has responded to Defendant's written discovery and served its own initial disclosures and document requests. However, Defendant needs additional time to prepare its responses and to produce responsive documents. In addition, the Parties are working on a stipulated protective order to facilitate the production of confidential documents by DIMA.

3. Plaintiff's counsel has indicated that he intends to depose eight individuals once DIMA has produced documents responsive to Plaintiff's document requests.

4. Due to prior commitments in other cases and the upcoming holidays, more time will be needed to complete these depositions prior to the current discovery deadline of February 15, 2005. For example, Defendant's attorneys are involved in another case in the United States District Court, Southern District of Mississippi that has been reserved for trial for two weeks in mid-January.

5. In addition, many of the individuals that Plaintiff's counsel seeks to depose are former employees of DIMA. Thus, the Parties anticipate that additional time will be needed to schedule depositions.

6. For all of the above reasons, the Parties request that the deadlines for disclosure of expert testimony and for completing discovery be extended by approximately thirty days. The Parties anticipate that they will be able to disclose expert witnesses and complete testimony within this time.

7. No other scheduling deadlines will be affected by this request, and neither Party will be prejudiced by these extensions.

**WHEREFORE**, the Parties respectfully request that the deadline for disclosures relating to expert witnesses be extended from December 1, 2004 up to and through January 7, 2005 (with disclosures relating to rebuttal testimony to be made thereafter in accordance with Fed. R. Civ. P.

- 3 -

26(a)(2)), and that the deadline for completing discovery be extended from February 15, 2005 up to and through March 18, 2005.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF, | ATTORNEYS FOR DEFENDANT, |
|---|---|
| JOHN R. LAYTON, | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC., |

_Jack K. Weir / HCK_
John K. Weir, Admitted *Pro Hac Vice*
John K. Weir Law Offices, LLC
300 Park Avenue
Suite 1700
New York, New York 10022
Telephone: (212) 572-5374

-and-

Denise L. Page, BBO # 119415
Nancie L. Edgren, BBO # 648665
BARRON & STADFELD, P.C.
100 Cambridge Street
Suite 1310
Boston, Massachusetts 02114
Telephone: (617) 723-9800

_Heather C. Krauss_
David S. Rubin, BBO # 546213
Daniel J. Blake, BBO # 552922
Heather C. Krauss, BBO # 644457
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, Massachusetts 02199
Telephone: (617) 342-4000

DATED: November 19, 2004

- 4 -

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on November 19, 2004, a true copy of the foregoing document was served via first-class U.S. mail, postage prepaid, upon counsel for Plaintiff, John K. Weir, John K. Weir Law Offices, LLC, 300 Park Avenue, Suite 1700, New York, NY 10022 and Nancie L. Edgren, Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, MA 02114.

_Heather C. Krauss_
Heather C. Krauss