UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10500-EFH

| | |
|---|---|
| JOHN R. LAYTON<br>Plaintiff,<br><br>v.<br><br>DEUTSCHE INVESTMENT<br>MAMAGEMENT AMERICAS, INC.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE, DISCOVERY DEADLINE AND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

The Parties in the above action hereby submit this Joint Motion to Extend Expert Disclosure, Discovery and other corresponding deadlines. Specifically, the Parties request an extension of the deadline for initial expert disclosures up to and through March 7, 2005, with disclosures relating to rebuttal testimony to be made thereafter in accordance with Fed. R. Civ. P. 26(a)(2). The Parties request an extension of the non-expert written and oral deposition discovery deadline up to and through May 18, 2005. In addition, the Parties request that the deadline for filing dispositive motions be extended to June 15, 2005. As further grounds for their Joint Motion to Extend, the Parties state as follows:

1.  At the Scheduling Conference held on June 30, 2004, the Court accepted the deadlines proposed in the Parties' Local Rule 16.1 Joint Statement. The deadline set forth in that Joint Statement for initial disclosures relating to testifying experts as December 1, 2004 (with

disclosures relating to rebuttal testimony to be made thereafter in accordance with Fed. R. Civ. P. 26(a)(2)).

2.     The deadline for completing non-expert written and oral deposition discovery was February 15, 2005.

3.     The Parties are currently in the process of completing discovery. To date, initial disclosures have been made, Plaintiff has served Defendant with Interrogatories and Requests for Production of Documents, Defendant has served Plaintiff with Interrogatories and Requests for Production of Documents, and Plaintiff's deposition has been taken. Plaintiff has responded to Defendant's written discovery and Defendant has responded to Plaintiff's written discovery. The Parties have agreed to a Protective Order/Non Disclosure Agreement to facilitate the production of additional documents. Additional written discovery may also be required.

4.     There is currently a Pre-Trial Hearing scheduled on this matter for June 15, 2005. Given the extension of the discovery and other deadlines, the Pre-Trial Hearing should be rescheduled to a later date to be determined by the Court.

5.     Due to prior commitments more time will be needed to complete the discovery and initial expert disclosures.

6.     For all of the above reasons, the Parties request that the deadlines for disclosure of expert testimony and for completing discovery be extended. The Parties anticipate that they will be able to disclose expert witnesses and complete discovery within this time.

7.     Neither Party will be prejudiced by these extensions.

WHEREFORE, the Parties respectfully request that the deadline for initial disclosures relating to expert witnesses be extended up through and including March 7, 2005, (with

disclosures relating to rebuttal testimony to be made thereafter in accordance with Fed.R.Civ.P.26(a)(2)). The parties also request that the deadline for completing non-expert written and oral discovery be extended up to and through May 18, 2005. In addition, the deadline for filing dispositive Motions shall be on or before June 15, 2005. Oppositions to such a motion shall be filed within thirty (30) days of service of the original motion.

Respectfully submitted,
The Plaintiff,
By his attorneys,

/s/ Nancie L. Edgren
Denise L. Page, Esq.
BBO No. 119415
Nancie L. Edgren, Esq.
BBO No. 648665
BARRON & STADFELD, P.C.
Cambridge Street, Suite 1310
Boston, Massachusetts 02114
617.723.9800

and

_____
John K. Weir, Esq. Admitted Pro Hac Vice
John K. Weir Law Offices
300 Park Avenue
Suite 1700
New York, New York, 10022
212-572-5374

The Defendant,
By their attorneys,

/s/ Heather C. Krauss
David S. Rubin, Esq.
BBO # 546213
Heather S. Krauss, Esq.
BBO # 644457
EPSTEIN, BECKER & GREEN, P.C. 100
111 Huntington Avenue
Boston, MA 02199
617.342.4000

Date: January __, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on January __, 2005, I caused a true and accurate copy of the above document to be served by first class mail upon Attorneys David S. Rubin, Daniel J. Blake, Heather C. Krauss, at Epstein, Becker & Green, P.C., 111 Huntington, Avenue, Boston, Massachusetts, 02199.

                                                      _____
                                                          Nancie L. Edgren

312947/file no. 21311-1