UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>DEUTSCHE INVESTMENT MANAGEMENT<br>AMERICAS, INC.<br><br>　　　　*Defendant*. | CIVIL ACTION<br>NO. 04-10500-EFH |

## NOTICE OF LAW FIRM CHANGE AND CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, in the above-matter, effective February 1, 2005,

Attorneys David S. Rubin, Daniel J. Blake, and Heather C. Krauss, counsel for Defendant, will

have a new law firm and address:

> Foley & Lardner LLP
> 111 Huntington Avenue
> Boston, MA 02199
> (617) 342-4000

DEUTSCHE INVESTMENT MANAGEMENT
AMERICAS INC.,

By its attorneys,


/s/: Heather C. Krauss
David S. Rubin, BBO # 546213
Daniel J. Blake, BBO # 552922
Heather C. Krauss, BBO # 644457
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: February 2, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on February 2, 2005, a true copy of the foregoing document was served via first-class mail, postage prepaid, upon counsel for Plaintiff, John K. Weir, John K. Weir Law Offices, LLC, 300 Park Avenue, Suite 1700, New York, NY 10022 and Nancie L. Edgren, Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, MA 02114..

/s/: Heather C. Krauss      _____
Heather C. Krauss