UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOHN R. LAYTON,
                Plaintiff

v.

DEUTSCHE INVESTMENT MANAGEMENT
AMERICAS, INC.,
                Defendant.

CIVIL ACTION NO.:
04-10500-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

February 9, 2005

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Tuesday, September 13, 2005  .

    SO ORDERED.

                                            /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge