UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10500-EFH

JOHN R. LAYTON )
    Plaintiff, )
)
v. )
)
DEUTSCHE INVESTMENT )
MAMAGEMENT AMERICAS, INC., )
    Defendants )

**JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE AND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

The Parties in the above action hereby submit this Joint Motion to Extend Fact Discovery and other corresponding deadlines. Specifically, the Parties request an extension of the non-expert written and oral deposition discovery deadline up to and through July 15, 2005. In addition, the Parties request that the deadline for filing dispositive motions be extended to August 15, 2005. As further grounds for their Joint Motion to Extend, the Parties state as follows:

1.    At the Scheduling Conference held on June 30, 2004, the Court accepted the deadlines proposed in the Parties' Local Rule 16.1 Joint Statement. The deadline set forth in that Joint Statement for initial disclosures relating to testifying experts as December 1, 2004 (with disclosures relating to rebuttal testimony to be made thereafter in accordance with Fed. R. Civ. P. 26(a)(2)).

2.    The deadline for completing non-expert written and oral deposition

discovery was February 15, 2005.

3. The parties subsequently filed and the Court allowed a Joint Motion to Extend the Expert disclosure deadline to March 7, 2005 and the discovery deadline up to and including May 18, 2005. The deadline for filing all dispositive motions was extended to June 15, 2005.

4. The Parties are currently in the process of completing discovery. To date, initial disclosures have been made, Plaintiff has served Defendant with Interrogatories and Requests for Production of Documents, Defendant has served Plaintiff with Interrogatories and Requests for Production of Documents, and Plaintiff's deposition has been taken. Plaintiff has responded to Defendant's written discovery and Defendant has responded to Plaintiff's written discovery. The Parties have agreed to a Protective Order/Non Disclosure Agreement to facilitate the production of additional documents. Additional depositions were noticed by Plaintiff's counsel that were to be held in March, however, counsel for the Defendant indicated that they were producing additional documents, so the depositions were postponed and have now been scheduled for the first week in June, 2005. Additional written discovery may also be required.

5. There is currently a Pre-Trial Hearing scheduled on this matter for September 13, 2005. The Pre-Trial Hearing need not be rescheduled to a later date.

6. More time will be needed to complete fact discovery.

7. For all of the above reasons, the Parties request that the deadline for completing fact discovery be extended. The Parties anticipate that they will be able to complete fact discovery within this time.

8. Neither Party will be prejudiced by these extensions.

WHEREFORE, the Parties respectfully request that the deadline for fact discovery be extended up through and including July 15, 2005.  In addition, the deadline for filing dispositive Motions shall be on or before August 15, 2005.  Oppositions to such a motion shall be filed within thirty (30) days of service of the original motion.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff,<br>By his attorneys, | The Defendant,<br>By their attorneys, |
| /s/ Nancie L. Edgren<br>Denise L. Page, Esq.<br>BBO No. 119415<br>Nancie L. Edgren, Esq.<br>BBO  No. 648665<br>BARRON & STADFELD, P.C.<br>100 Cambridge Street, Suite 1310<br>Boston, Massachusetts 02114<br>617.723.9800 | /s/ Heather C. Krauss<br>David S. Rubin, Esq.<br>BBO # 546213<br>Heather S. Krauss, Esq.<br>BBO # 644457<br>FOLEY & LARDNER, LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>617.342.4000 |

and

/s/John K. Weir
John K. Weir, Esq. Admitted Pro Hac Vice
John K. Weir Law Offices
300 Park Avenue
Suite 1700
New York, New York, 10022
212-572-5374


Date: June 6, 2005