UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

JOHN R. LAYTON,                                  )
                                                 )
            *Plaintiff*,                          )
                                                 )
v.                                               )
                                                 )
DEUTSCHE INVESTMENT MANAGEMENT    )          CIVIL ACTION
AMERICAS, INC.                                   )          NO. 04-10500-EFH
                                                 )
            *Defendant*.                          )
_____)

**JOINT MOTION TO EXTEND
FACT DISCOVERY AND DISPOSITIVE MOTION
DEADLINES AND TO POSTPONE FINAL PRETRIAL CONFERENCE**

Defendant, Deutsche Investment Management Americas Inc., and Plaintiff, John R. Layton, (collectively, the "Parties") hereby move the Court to extend the current fact discovery and dispositive motion deadlines and to postpone the final pretrial conference. Specifically, the Parties request an extension of the deadlines for completing fact discovery up to and through August 31, 2005 and for filing dispositive motions up to and through December 1, 2005 and a postponement of the final pretrial conference until early February 2006. As grounds for this Joint Motion, the Parties state as follows:

1.      The deadline for completing fact discovery in this case is July 15, 2005, the deadline for submitting dispositive motions is August 15, 2005, and the final pretrial conference is scheduled to take place on September 13, 2005.

2.      The Court recently allowed Plaintiff's Motion to Extend Expert Disclosures and accepted the dates proposed by Plaintiff for expert discovery. Consequently, expert discovery will not be completed until November 1, 2005.

3.      Because Plaintiff intends to use an expert on the issue of DIMA's alleged liability for age discrimination, the deadline for filing dispositive motions should be postponed until after expert discovery ends.    Defendant proposes December 1, 2005 as the new date for filing dispositive motions, which is one month after expert discovery has been completed.

4.      Similarly, the final pretrial conference should be postponed until after expert discovery has been completed and in accordance with LR 16.5(C).  Defendant proposes a new date in early February 2006, in order to give the Court adequate time to review and rule upon any dispositive motions.

5.      Finally, additional time is needed to schedule the deposition of a fact witness. Consequently, the Parties request that the deadline for completing fact discovery be extended up to and through August 31, 2005.  The Parties anticipate that they will be able to complete remaining fact discovery by this date.

6.      Neither Party will be prejudiced by these extensions.

**WHEREFORE**, the Parties respectfully request that: (1) the deadline for completing fact discovery be extended from July 15, 2005 to August 31, 2005; (2) the deadline for filing dispositive motions be extended from August 15, 2005 to December 1, 2005; and, (3) the final pretrial conference be postponed from September 13, 2005 until early February 2006.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF,                    ATTORNEYS FOR DEFENDANT,

JOHN R. LAYTON,                             DEUTSCHE INVESTMENT
                                            MANAGEMENT AMERICAS INC.,


  /s/: John K. Weir                         /s/: Heather C. Krauss
John K. Weir, Admitted *Pro Hac Vice*       David S. Rubin, BBO # 546213
John K. Weir Law Offices, LLC               Daniel J. Blake, BBO # 552922
300 Park Avenue                             Heather C. Krauss, BBO # 644457
Suite 1700                                  FOLEY & LARDNER LLP
New York, New York 10022                    111 Huntington Avenue
Telephone: (212) 572-5374                   Boston, Massachusetts 02199
                                            Telephone: (617) 342-4000
-and-

Denise L. Page, BBO # 119415
Nancie L. Edgren, BBO # 648665
BARRON & STADFELD, P.C.
100 Cambridge Street
Suite 1310
Boston, Massachusetts 02114
Telephone: (617) 723-9800


DATED:  July 20, 2005