UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON,<br><br>   *Plaintiff,*<br><br>v.<br><br>DEUTSCHE INVESTMENT MANAGEMENT<br>AMERICAS, INC.,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 04-10500-EFH |

## JOINT MOTION FOR REFERRAL TO NON-BINDING MEDIATION

In an effort to resolve this matter, defendant Deutsche Investment Management Americas, Inc., and plaintiff John R. Layton hereby move the Court to refer them to non-binding mediation under the following terms:

1. The parties shall jointly select a mediator in Boston through JAMS. Each party shall bear its own costs and will share equally in the cost of the mediator and mediation service.

2. The mediation process shall conclude on December 31, 2005.

3. During the mediation process, all proceedings in the case shall be stayed.

4. Neither party will be prejudiced by agreeing to mediate. Specifically, both parties reserve any rights or arguments they have as of this date, including any rights or arguments to raise or oppose motions to compel or modify time limits.

5. The deadline for filing dispositive motions, which is now scheduled for December 1, 2005, shall be rescheduled to January 17, 2006. This deadline, as well as subsequent scheduled events, may be subject to further rescheduling depending upon the results of any motions contemplated in Paragraph 4 above.

2

6. In the event that mediation proves unsuccessful, the parties request that the pretrial conference currently scheduled for February 8, 2006, be rescheduled as the Court deems appropriate.

**WHEREFORE**, the Parties respectfully request that the Court refer this matter to non-binding mediation under the terms set forth herein.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF, | ATTORNEYS FOR DEFENDANT, |
|---|---|
| JOHN R. LAYTON, | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC., |
| /s/: John K. Weir | /s/: David S. Rubin |
| John K. Weir, Admitted *Pro Hac Vice* | David S. Rubin, BBO # 546213 |
| John K. Weir Law Offices, LLC | Heather C. Krauss, BBO # 644457 |
| 300 Park Avenue | FOLEY & LARDNER LLP |
| Suite 1700 | 111 Huntington Avenue |
| New York, NY 10022 | Boston, MA 02199 |
| Telephone: (212) 572-5374 | Telephone: (617) 342-4000 |

-and-

Denise L. Page, BBO # 119415
Nancie L. Edgren, BBO # 648665
BARRON & STADFELD, P.C.
100 Cambridge Street
Suite 1310
Boston, MA 02114
Telephone: (617) 723-9800

DATED: November 18, 2005