UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *    *    Civil Action No. 04-10500-EFH
                           *
JOHN R. LAYTON             *
                           *    BBO No. 119415
         Plaintiff,        *
                           *    Withdrawal of Appearance
v.                         *    of
                           *    Denise L. Page,
DEUTSCHE INVESTMENT        *    Barron & Stadfeld, P.C.,
MANAGEMENT AMERICAS        *    for
INC.,                      *    Plaintiff John R. Layton
         Defendants.       *
                           *
* * * * * * * * * * * *    *
```

To the Clerk of the Court:

Please take notice that Denise L. Page, Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, Massachusetts 02114, withdraws her appearance for plaintiff John R. Layton.

          JOHN R. LAYTON, plaintiff,

          By his attorneys,

          BARRON & STADFELD, P.C.

          s/ Denise L. Page_____
          Denise L. Page  BBO No. 119415
          Cambridge Street, Suite 1310
          Boston, Massachusetts 02114
          Tel.: 617.723.9800/531.6569

Dated: January 17, 2006

Certificate of Service

A copy of the within document was transmitted via the CM/ECF system to counsel of record: David S. Rubin, Daniel J. Blake and Heather C. Krauss, EPSTEIN, BECKER & GREEN, P.C., 111 Huntington, Avenue, Boston, Massachusetts, 02199; and, by mail, first class, postage prepaid, to John K. Weir, JOHN K. WEIR LAW OFFICES, 300 Park Avenue, Suite 1700, New York, New York, 10022

```
                                        _____
                                        s/ Denise L. Page
Dated: January 17, 2006
```

[344924.1]