```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
* * * * * * * * * * *  *   Civil Action No. 04-10500-EFH
                       *
JOHN R. LAYTON         *
                       *   BBO No. 351000
        Plaintiff,     *
                       *   Appearance
v.                     *   of
                       *   Kevin F. Moloney,
DEUTSCHE INVESTMENT    *   Barron & Stadfeld, P.C.,
MANAGEMENT AMERICAS    *   for
INC.,                  *   Plaintiff John R. Layton
        Defendants.    *
                       *
* * * * * * * * * * *  *
```

To the Clerk of the Court:

    Please take notice that Kevin F. Moloney, Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, Massachusetts 02114, appears for plaintiff John R. Layton.

                               JOHN R. LAYTON, plaintiff,

                               By his attorneys,

                               BARRON & STADFELD, P.C.

                               s/ Kevin F. Moloney_____
                               Kevin F. Moloney  BBO No. 351000
                               100 Cambridge Street, Suite 1310
                               Boston, Massachusetts 02114
                               Tel.: 617.723.9800/531.6569

Dated: January 17, 2006

                        Certificate of Service
    A copy of the within document was transmitted via the CM/ECF System to counsel of record: David S. Rubin, Daniel J. Blake and Heather C. Krauss, EPSTEIN, BECKER & GREEN, P.C., 111 Huntington, Avenue, Boston, Massachusetts, 02199; and, by mail, first class, postage prepaid, to John K. Weir, JOHN K. WEIR LAW OFFICES, 300 Park Avenue, Suite 1700, New York, New York, 10022

```
                                        _____
                                        s/ Kevin F. Moloney
Dated: January 17, 2006
```

[344920.1]