UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON, *Plaintiff*, v. DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC. *Defendant*. | CIVIL ACTION NO. 04-10500-EFH |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Deutsche Investment Management Americas Inc. ("DIMA"), hereby moves for summary judgment as to all claims asserted in the Complaint. In support of its Motion for Summary Judgment, DIMA relies upon the following materials filed herewith: (i) Defendant's Statement of Undisputed Facts, (ii) Affidavit of David S. Rubin with attached Exhibits A-U, and (iii) Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment.

WHEREFORE, DIMA respectfully requests that this Court grant its Motion for Summary Judgment and enter judgment in DIMA's favor as to all claims asserted in the Complaint.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, DIMA requests oral argument on its Motion for Summary Judgment. DIMA believes that oral argument will assist the Court in resolving any issues that may be in dispute.

|  |  |
|---|---|
|  | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC., |
|  | By its attorneys, |
|  | /s/ David S. Rubin<br>David S. Rubin, BBO # 546213<br>Heather C. Krauss, BBO # 644457<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Boston, MA 02199 |
| Dated: January 17, 2006 | (617) 342-4000 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants on January 17, 2006, by overnight mail.

/s/ David S. Rubin