UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC. | ) CIVIL ACTION<br>) NO. 04-10500-EFH |
| *Defendant*. | ) |

## AFFIDAVIT OF DAVID S. RUBIN

I, David S. Rubin, being first duly sworn, state as follows:

1. I am a partner in the law firm of Foley & Lardner LLP, counsel to defendant Deutsche Investment Management Americas, Inc. ("DIMA"), in the above-captioned matter.

2. I am submitting this Affidavit to authenticate documents identified as Exhibits A-U hereto, which are cited in Defendant's Statement of Undisputed Facts submitted herewith in support of Defendant's Motion for Summary Judgment.

3. Attached as Exhibit A is a true and correct copy of excerpts from the deposition of John R. Layton, which was taken on October 13, 2004.

4. Attached as Exhibit B is a true and correct copy of excerpts from the deposition of G. West Saltonstall, which was taken on June 1-2, 2005.

5. Attached as Exhibit C is a true and correct copy of excerpts from the deposition of Kurt Miscinski, which was taken on June 15, 2005.

6. Attached as <u>Exhibit D</u> is a true and correct copy of a chart bearing Bates-stamp numbers DIMA 00772-777, produced by DIMA in response to Layton's discovery requests in the above-captioned matter.

7. Attached as <u>Exhibit E</u> is a true and correct copy of excerpts from the deposition of Leo Grohowski, which was taken on June 16, 2005.

8. Attached as <u>Exhibit F</u> is a true and correct copy of an April 1, 2002 letter to Plaintiff from Leo Grohowski and Linda Landsman, which is identified as Exhibit 11 to the deposition of John R. Layton.

9. Attached as <u>Exhibit G</u> is a true and correct copy of a two-page excerpt from the Code of Ethics which is identified as Exhibit 3 to the deposition of John R. Layton.

10. Attached as <u>Exhibit H</u> is a true and correct copy of a May 13, 2002 e-mail to Linda Wondrack and Jerard Hartman from Jophn Layton, bearing Bates-stamp number 00066 and identified as Exhibit 7 to the deposition of John R. Layton.

11. Attached as <u>Exhibit I</u> is a true and correct copy of a September 11, 2002 e-mail to G. West Saltonstall and copied to Gloria Nelund, Greg Fuss, Kevin Carey, Kurt Miscinski, Stephen Doty, and William Constantine from Leo Grohowski, bearing Bates-stamp number DIMA 01314.

12. Attached as <u>Exhibit J</u> is a true and correct copy of an October 21, 2002 e-mail to Kurt Miscinski and Gloria Nelund and copied to Paul Higgins, with attachments, bearing Bates-stamp numbers DIMA 02812-817 and identified as Exhibit 13 to the deposition of G. West Saltonstall.

13. Attached as <u>Exhibit K</u> is a collection of documents bearing Bates-stamp numbers DIMA 0212-216 and identified as Exhibit 17 to the deposition of G. West Saltonstall.

14.     Attached as <u>Exhibit L</u> is a true and correct copy of excerpts from the deposition of Gloria Nelund, which was taken on June 14-15, 2005.

15.     Attached as <u>Exhibit M</u> is a true and correct copy of a document entitled "9 Reasons to Keep Me" with a cover note from G. West Saltonstall to Gloria Nelund, bearing Bates-stamp numbers DIMA 05532-533 and excerpted from a set of documents identified as Exhibit 1 to the deposition of Gloria Nelund.

16.     Attached as <u>Exhibit N</u> is a true and correct copy of a November 19, 2002 memo to John Layton from G. West Saltonstall, bearing Bates-stamp numbers 00081-083 and identified as Exhibit 12 to the deposition of John R. Layton.

17.     Attached as <u>Exhibit O</u> is a true and correct copy of a Letter Agreement to Plaintiff from G. West Saltonstall, bearing Bates-stamp numbers P0004-009 and identified as Exhibit 13 to the deposition of John R. Layton.

18.     Attached as <u>Exhibit P</u> are true and correct copies of November 23, 2002 letters to John Adams and Jane McCleary from John Layton, identified as Exhibits 17 and 18 to the deposition of John R. Layton.

19.     Attached as <u>Exhibit Q</u> is a true and correct copy of a Letter Agreement amended and signed by John Layton, identified as Exhibit 16 to the deposition of John R. Layton.

20.     Attached as <u>Exhibit R</u> is a true and correct copy of a January 3, 2003 letter to E. Michael Brown from John Layton, which is identified as Exhibit 21 to the deposition of John R. Layton.

21.     Attached as <u>Exhibit S</u> is a true and correct copy of a spreadsheet bearing the Bates-stamp numbers DIMA 00242-247 produced by DIMA in response to John Layton's discovery requests in the above-captioned matter.

22.     Attached as <u>Exhibit T</u> is a true and correct copy of a charge filed by John Layton on September 15, 2003 with the Equal Employment Opportunity Commission ("EEOC"), bearing Bates-stamp numbers 00003-004 and identified as Exhibit 22 to the deposition of John R. Layton.

23.     Attached as <u>Exhibit U</u> is a true and correct copy of a December 18, 2003 Notice of Dismissal of John Layton's EEOC charge, bearing Bates-stamp numbers 0007-0101 and identified as Exhibit 26 to the deposition of John R. Layton.

Signed under the penalties of perjury this 17th day of January, 2006.

/s/ David S. Rubin
David S. Rubin

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants on January 17, 2006, by overnight mail.

/s/ David S. Rubin

4