UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN R. LAYTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE INVESTMENT MANAGEMENT | ) | CIVIL ACTION |
| AMERICAS, INC. | ) | NO. 04-10500-EFH |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO IMPOUND
## SUMMARY JUDGMENT EXHIBITS

Defendant Deutsche Investment Management Americas, Inc. ("DIMA") hereby moves

pursuant to LR 7.2 of this Court, and as required by the February 9, 2005 Stipulated Protective

Order (the "Protective Order") (a copy of which was granted on February 9, 2005 and appears at

docket entry no. 19), for an Order permitting the exhibits to the Affidavit of David S. Rubin,

filed in conjunction with Defendant's Motion for Summary Judgment, to be filed under seal and

impounded until further order of the Court.

As grounds for the Motion, Defendant states as follows:

1.       Defendant's Motion for Summary Judgment, Memorandum in Support of

Summary Judgment, Statement of Undisputed Material Facts, and the Affidavit of David S.

Rubin (the "Affidavit") will be filed electronically with the Court on today's date.

2.       The Affidavit attaches as exhibits deposition transcript excerpts and documents

produced by the Defendant that are designated as "Confidential" under the Protective Order

("Confidential Materials").

3.      Accordingly, the exhibits to the Affidavit should be impounded until further order

of this Court.

4.      Local Rule 7.2(a) requires that a motion to impound:

> contain a statement of the earliest date on which the impounding order
> may be lifted, or a statement supported by good cause, that the material
> should be impounded until further order of the Court.  The motion shall
> contain suggested custody arrangement for the post-impoundment period.

5.      At the conclusion of the litigation, after any appeals have been exhausted,

Defendant suggests that the documents referenced above be handled in accord with the

Protective Order, *i.e.*, the materials should be returned to the parties or destroyed.

WHEREFORE, Defendant Deutsche Investment Management Americas, Inc.

respectfully request that the Court allow its Motion To Impound Summary Judgment Exhibits

and grant such other and further relief as this Court deems just and proper.


                                        DEUTSCHE INVESTMENT MANAGEMENT
                                        AMERICAS INC.,

                                        By its attorneys,


                                        /s/ David S. Rubin
                                        David S. Rubin, BBO # 546213
                                        Heather C. Krauss, BBO # 644457
                                        FOLEY & LARDNER LLP
                                        111 Huntington Avenue
                                        Boston, MA 02199
Dated: January 17, 2006                 (617) 342-4000


- 2 -

BOST_191957.1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants on January 17, 2006, by overnight mail.

/s/ David S. Rubin

BOST_191957.1