UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN R. LAYTON, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | |
| DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC. | ) ) ) | CIVIL ACTION NO. 04-10500-EFH |
| *Defendant*. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF DANIEL J. BLAKE

In accordance with LR 83.5.2(c), Foley & Lardner LLP and its undersigned counsel hereby give notice that Daniel J. Blake, Esq. is withdrawing as counsel for the Defendant, Deutsche Investment Management Americas, Inc. in the above action. The undersigned further state as follows:

1. Daniel J. Blake has left the firm of Foley & Lardner LLP.

2. David S. Rubin, Esq. and Heather C. Krauss, Esq. of Foley & Lardner LLP remain as counsel for Defendant.

3. No motions are now pending before the court. The Defendant has filed a Motion for Summary Judgment, however an opposition has not been filed to date.

4. No trial date has been set.

5. A pre-trial conference has been scheduled before the Court on February 8, 2006.

6. Proof of service on the client and all other parties is attached.

BOST_188022.1

        Respectfully submitted,

        DEUTSCHE INVESTMENT MANAGEMENT
        AMERICAS, INC.
        By its attorneys,


        /s/: David S.Rubin
        David S. Rubin, BBO # 546213
        Heather C. Krauss, BBO # 644457
        FOLEY & LARDNER LLP
        111 Huntington Avenue
        Boston, MA 02199
        (617) 342-4000
        dsrubin@foley.com


## CERTIFICATE OF SERVICE

     I, David S. Rubin, hereby certify that on January 23, 2006, a true copy of the Notice of Withdrawal of Appearance of Daniel J. Blake, Esq. filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NRF) and paper copies will be sent via first class mail to those indicated as non registered participants, as well as to the following counsel:

John K. Weir, Esq.
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, NY 10022

Nancie L. Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street, Suite 1310
Boston, MA 02114


        /s/: David S. Rubin
        David S. Rubin