UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON, ) | |
|     *Plaintiff*, ) | |
| v. ) | |
| DEUTSCHE INVESTMENT MANAGEMENT ) | CIVIL ACTION |
| AMERICAS, INC., ) | NO. 04-10500-EFH |
|     *Defendant*. ) | |

**ASSENTED-TO MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE**

Defendant, Deutsche Investment Management Americas, Inc., hereby moves the Court to continue the final pretrial conference in this matter. As grounds for its Motion, Defendant states as follows:

1. On November 18, 2005, the parties filed a Joint Motion for Referral to Non-Binding Mediation. In its Joint Motion, the parties requested that the deadline for filing dispositive motions, which was then scheduled for December 1, 2005, be rescheduled to January 17, 2006. The parties further requested that the final pretrial conference scheduled for February 8, 2006 be rescheduled in the event that the mediation proved unsuccessful. The Court allowed the parties' Joint Motion on November 22, 2005.

2. The parties were unable to resolve this case at mediation.

3. On January 17, 2006, Defendant filed its Motion for Summary Judgment and supporting papers.

4. The final pretrial conference in this matter was never rescheduled from February 8, 2006.

5.	Continuing the final pretrial conference is appropriate under the circumstances. Because Defendant's Motion for Summary Judgment is pending before the Court, it is not clear what claims, if any, will go to trial and will need to be addressed either in a joint pretrial memorandum or at the final pretrial conference.

6.	Defendant proposes that the Court continue the final pretrial conference until after the Court has ruled upon Defendant's Motion for Summary Judgment.

7.	Plaintiff's counsel assents to this Motion.

**WHEREFORE**, Defendant respectfully requests that the Court continue the final pretrial conference until after the Court has ruled upon Defendant's Motion for Summary Judgment.

Respectfully submitted,

ATTORNEYS FOR DEFENDANT,

DEUTSCHE INVESTMENT
MANAGEMENT AMERICAS INC.,

/s/: Heather C. Krauss
David S. Rubin, BBO # 546213
Heather C. Krauss, BBO # 644457
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199

DATED: February 2, 2006         Telephone: (617) 342-4000

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 2, 2006, by first-class U.S. mail, postage prepaid.

                                /s/: Heather C. Krauss