UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John R. Layton, ) | BBO No. 351000 |
| ) | |
| Plaintiff, ) | Opposition of Plaintiff, John R. Layton, to Defendant's Motion for Summary Judgment |
| v. ) | and |
| ) | Request for Hearing and Oral Argument |
| Deutsche Investment Management Americas, Inc., ) | |
| ) | |
| Defendant. ) | |

The plaintiff, John R. Layton ("Layton"), opposes the motion of defendant Deutsche Investment Management Americas, Inc. ("DIMA") for summary judgment. The grounds for this opposition are set forth in Layton's "Memorandum ... in... Opposition to Defendant's Motion for Summary Judgment," filed herewith.

Request for Hearing and Oral Argument.

Layton requests a hearing and oral argument on DIMA's motion for summary judgment.

                JOHN R. LAYTON, plaintiff,
                By his attorneys,

                BARRON & STADFELD, P.C.

                /s/ Kevin F. Moloney
                Kevin F. Moloney     BBO No. 351000
                Roger T. Manwaring  BBO No. 548614
                100 Cambridge Street, Suite 1310
                Boston, Massachusetts 02114
                Tel.: 617.531.6569

                and
                /s/ John K. Weir
                John K. Weir, admitted PHV
                John K. Weir Law Offices, LLC
                300 Park Avenue, Suite 1700
                New York, New York 10022
                Tel.: 212.572.6374

Dated: February 16, 2002

<u>Certificate of Service</u>.

  This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); and to co-counsel for plaintiff, John K. Weir, via e-mail.

             /s/ Kevin F. Moloney

Dated: February 16, 2006

[348490]