UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
John R. Layton,                     *      BBO No. 351000
                                    *
         Plaintiff,                 *
                                    *
v.                                  *      Plaintiff's Motion to
                                    *      Impound Supporting
                                    *      Exhibits to his Counterstatement
Deutsche Investment Management      *      of Relevant Facts
Americas, Inc.,                     *
                                    *
         Defendant.                 *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

    Plaintiff, John R. Layton ("Layton"), in light of the Pre-Existing Protective Order concerning confidential information, moves the court to impound Exhibit 1 to the Affidavit of David R. O'Hara, filed herewith, and the supporting exhibits, also filed herewith, to Layton's Counterstatement of Relevant Facts.

    John R. Layton, plaintiff,

    By his attorneys,

    BARRON & STADFELD, P.C.

    /s/ Kevin F. Moloney_____
    Kevin F. Moloney  BBO No. 351000
    100 Cambridge Street, Suite 1310
    Boston, Massachusetts  02114
    Tel.: 617.723.9800/531.6569

    and

    _____
    John K. Weir

                    Admitted Pro Hac Vice
                    John K. Weir Law Offices, LLC
                    300 Park Avenue, Suite 1700
                    New York, New York, 10022
                    Tel.: 212.572.5374

Date: February 16, 2006

<u>Certificate of Service</u>.

    This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and to co-counsel for plaintiff, John K. Weir, via e-mail.

                    <u>/s/ Kevin F. Moloney</u>
                    Kevin F. Moloney

Dated: February 16, 2006

[348477.1]