UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **John R. Layton,** | * | BBO No. 351000 |
| * Plaintiff, | | * |
| v. | * | Affidavit |
| | * | of |
| | * | David R. O'Hara |
| | * | |
| Deutsche Investment Management | * | (Declaration. |
| Americas, Inc., | * | Pursuant to |
| | * | 28 U.S.C. § 1746) |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

1. My name is David R. O'Hara. I reside at 2048 W. Marten Creek Dr., Meridian, Idaho 83642. I have personal knowledge of the facts set forth in this affidavit.

2. I was employed by Scudder Investments of Boston, Massachusetts (Scudder"), from September 24, 1990, until April 7, 2002, as Vice President in the Equity Portfolio Systems of Scudder and by defendant Deutsche Investment Management Americas, Inc. ("DIMA") in the Equity Systems Group of DIMA from April 8, 2002, until June 30, 2003, as Vice President.

3. During my employment by Scudder and DIMA, as one of my responsibilities was to become and remain informed of employee termination dates, I had (and have) personal knowledge of the employment termination dates of persons who, prior to the April 8, 2002, acquisition of Scudder by DIMA, were employed by Scudder, Deutsche Bank, DMA or other Deutsche Bank affiliates and who, as of the April 8, 2002, acquisition of Scudder became or remained, as the case may be, employees of DIMA .

4. In or about July, 2003, I provided a list of the persons referred to in ¶ 3, above (the "list"), and their respective termination dates to John R. Layton who is the plaintiff in this case.

5. Accompanying this affidavit as Exhibit "1" hereto, is a copy of the list, which is referred to in ¶ 3, above, to which Nos. 01123 - 01186 have been

added to the lower right corners of the respective pages.

6. The persons on the list designated by the word "Scudder" are the persons who, prior to the April 8, 2002, acquisition of Scudder, were Scudder employees.

Signed under the penalty for perjury this 15th day of February 2006,

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); and to co-counsel for plaintiff, John K. Weir, via e-mail.

/s/ Kevin F. Moloney

Dated: February 16, 2006

[348277.1]

2