UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * <br> * <br> John R. Layton, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> * <br> * <br> * <br> Deutsche Investment Management * <br> Americas, Inc., * <br> Defendant. * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 04-10500-EFH <br><br> BBO No. 351000 <br><br><br> <u>ASSENTED TO</u> <br> Plaintiff's Motion for <br> Leave to File "Plaintiff Layton's <br> Corrected Counter Statement of <br> Relevant Facts" and "Supplement to <br> Supporting Exhibits to Plaintiff <br> Layton's Counterstatement of <br> Relevant Facts"           * |

With the assent of defendant Deutsche Investment Management Americas, Inc. ("DIMA") plaintiff John R. Layton ("Layton") moves the court for leave to file "Plaintiff Layton's Corrected Counter Statement of Relevant Facts" and "Supplement to Supporting Exhibits to Plaintiff Layton's Counterstatement of Relevant Facts", which accompany this motion.

The purpose of the referred to filings is to correct and complete Layton's "Counter Statement of Relevant Facts," filed February 16, 2002, by completing and correcting various citations in the original Counter Statement to deposition testimony and documents, and correcting certain typographical errors therein; and to supplement the supporting exhibits to that Counter Statement by the filing of additional documents that were not included in Layton's filing on February 16 of Supporting Exhibits to his Counter Statement of Relevant Facts. There is no change in the substance of the contents of the Counter Statement.

John R. Layton, plaintiff,

By his attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir
Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Assented to:

DEUTSCHE INVESTMENT
MANAGEMENT AMERICAS,
INC., defendant,

By its attorneys,

FOLEY & LARDNER, LLP

/s/ Heather C. Krauss
Heather C. Krauss BBO No. 644456
David S. Rubin BBO No. 546213
111 Huntington Avenue
Boston, Massachusetts 021991
Tel.: 617.342.4000

Date: February 22, 2006

Certificate of Service.

This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney
Kevin F. Moloney

Dated: February 22, 2006
[348891.1]