UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * <br> * <br> John R. Layton,   * <br> * <br>       Plaintiff,   * <br> * <br> v.   * <br>   * <br>   * <br> Deutsche Investment Management   * <br> Americas, Inc.,   * <br>   * <br>       Defendant.   * <br>   * <br> * * * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 04-10500-EFH <br><br> BBO No. 351000 <br><br><br><br> Affidavit of <br> Kevin F. Moloney <br><br> (Declaration pursuant to <br> 28 U.S.C. § 1746 |

1. My name is Kevin F. Moloney. I am a member of the bar of this court and co-counsel of record to plaintiff John R. Layton ("Layton") in this case. I have personal knowledge of the facts set forth herein.

2. The documents included in the "Supplement to Supporting Exhibits to Plaintiff Payton's Counter Statement of Relevant Facts," which is filed herewith, and which documents are identified therein by the reference "DIMA doc." are copies of the respective documents produced to plaintiff Layton by defendant Deutsche Investment Management Americas, Inc.

      Signed under the penalty for perjury this 22d day of February 2006,

                                        /s/ Kevin F. Moloney

                                        John R. Layton, plaintiff,

                                        By his attorneys,

                                        BARRON & STADFELD, P.C.

                                        /s/ Kevin F. Moloney

        Kevin F. Moloney  BBO No. 351000
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts  02114
        Tel.: 617.723.9800/531.6569

        and

        <u>/s/ John K. Weir</u>
        John K. Weir
        Admitted PHV
        John K. Weir Law Offices, LLC
        300 Park Avenue, Suite 1700
        New York, New York, 10022
        Tel.: 212.572.5374

Date: February 22, 2006

<u>Certificate of Service</u>.

    This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        <u>/s/ Kevin F. Moloney</u>
        Kevin F. Moloney

Dated: February 22, 2006

[348898.1]