UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * <br> * <br> John R. Layton, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> * <br> Deutsche Investment Management * <br> Americas, Inc., * <br> * <br> Defendant. * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * * * | | Civil Action No. 04-10500-EFH <br><br> BBO No. 351000 <br><br><br><br> Plaintiff's Motion to <br> Impound "Supplement to <br> Supporting Exhibits to Plaintiff <br> Layton's Counterstatement of <br> Relevant Facts" |

Plaintiff John R. Layton ("Layton"), in light of the Pre-Existing Protective Order concerning confidential information, moves the court to impound "Supplement to Supporting Exhibits to Plaintiff Layton's Counter Statement of Relevant Facts," which is filed herewith.

John R. Layton, plaintiff,

By his attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

_____
John K. Weir
Admitted Pro Hac Vice
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700

                                                  New York, New York, 10022
                                                  Tel.: 212.572.5374

Date: February 22, 2006

Certificate of Service.

    This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and to co-counsel for plaintiff, John K. Weir, via e-mail.

                                                 /s/ Kevin F. Moloney_____
                                               Kevin F. Moloney

Dated: February 22, 2006

[348896.1]