```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * *   BBO No. 351000
                            *
JOHN R. LAYTON,             *
                            *   Assented to
          Plaintiff,        *   Motion of
                            *   Plaintiff John R.
v.                          *   Layton for Leave
                            *   to File a Memorandum
DEUTSCHE INVESTMENT         *   in Response to
MANAGEMENT AMERICAS, INC.,  *   Defendant's Memorandum
                            *   in Reply to Plaintiff
          Defendant.        *   Layton's Opposition to
                            *   Defendant's Motion
* * * * * * * * * * * * * * *   for Summary Judgment

                                and
                                Certificate as to Compliance
                                with L.R. 7.1(a)(2)
```

ASSENTED TO MOTION.

With the assent of defendant Deutsche Investment Management Americas, Inc. ("DIMA"), plaintiff John R. Layton ("Layton") moves the court to grant leave to Layton to file a memorandum in response to the DIMA memorandum in reply to Layton's opposition to DIMA's motion for summary judgment. The grounds for this motion are set forth in the following memorandum.

MEMORANDUM.

On March 7, 2006, DIMA filed a motion for leave to file a reply memorandum and a memorandum replying to Layton's opposition to DIMA's motion for summary judgment. Allowance of the DIMA motion for leave to file a reply memorandum was

assented to by Layton. That motion was allowed by the court on March 8, 2006.

With its motion for leave to file and its reply memorandum (the "DIMA reply memorandum"), DIMA also filed a motion to strike the Affidavit of David O'Hara (the "O'Hara affidavit"), which Layton had filed on February 16, 2006, together with and in support of his opposition to the DIMA motion for summary judgment. Pursuant to Local Rule 7.1(b)(2), Layton's opposition to the DIMA motion to strike the O'Hara affidavit must be filed by March 21, 2006.

Because the DIMA reply memorandum misstates material facts, omits other material facts, fails to present an accurate statement of the prior proceedings and events in this case, and mischaracterizes Layton's legal positions and factual contentions, Layton seeks leave to file a memorandum in response to the DIMA reply memorandum.

Layton believes that granting leave for the filing of a response memorandum and the filing of such a memorandum will be of assistance to the court in its consideration of the motion for summary judgment and Layton's opposition to it.

Presently, Layton's response memorandum is under preparation as is his opposition and memorandum in support of his opposition

to the DIMA motion to strike the O'Hara affidavit.

If this assented to motion for leave to file his response memorandum is granted, Layton intends to file both his response memorandum and his opposition and memorandum in support of opposition to the motion to strike the O'Hara affidavit by March 21, 2006, the due date under L.R. 7.1(b)(2), for the filing of the opposition to the motion to strike the O'Hara affidavit.

<u>Certificate as to Compliance
With Local Rule 7.1(a)(2)</u>.

Counsel for DIMA has advised counsel for Layton that Layton may advise the court that DIMA assents to the allowance of a motion by Layton for leave to file a memorandum in response to the DIMA reply memorandum.

|  |  |
|---|---|
|  | JOHN R. LAYTON, plaintiff, |
| <u>Allowance of Motion</u><br><u>For Leave to File</u><br><u>Response Memorandum</u><br><u>ASSENTED TO</u>: | By his attorneys,<br><br>BARRON & STADFELD, P.C.<br><br>/s/ Kevin F. Moloney_____ |
| DEUTSCHE INVESTMENT<br>AMERICAS, INC.,<br>defendant,<br>By its attorneys, | Kevin F. Moloney    BBO No. 351000<br>Roger T. Manwaring  BBO No. 548614<br>100 Cambridge Street, Suite 1310<br>Boston, Massachusetts 02114<br>Tel.: 617.531.6569 |
| FOLEY & LARDNER, LLP | and |
| /s/ Heather C. Krauss<br>BBO No. 644457<br>111 Huntington Avenue<br>Boston, Massachusetts 02199<br>Tel.: 617.341.4000 | /s/ John K. Weir_____<br>John K. Weir, admitted PHV<br>John K. Weir Law Offices, LLC<br>New York, New York 10022 Tel.:<br>300 Park Avenue, Suite 1700<br>Tel.: 212.572.6374 |
| Dated: March 14, 2006 |  |

<u>Certificate of Service</u>.
This document, filed through the ECF system, will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing.

                                              /s/ Kevin F. Moloney

Dated: March 14, 2006

[350802.1]