UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * <br> * <br> John R. Layton,                                          * <br>                                              * <br>                       Plaintiff,              * <br>                                                * <br> v.                                                  * <br>                                                  * <br>                                                  * <br> Deutsche Investment Management     * <br> Americas, Inc.,                           * <br>                                                  * <br>                   Defendant.            * <br>                                                  * <br> * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | Civil Action No. 04-10500-EFH <br><br> BBO No. 351000 <br><br><br><br><br> Plaintiff's Motion to <br> Impound "Supporting Exhibits to <br> Affidavit of John K. Weir" |

     Plaintiff John R. Layton ("Layton"), in light of the Pre-Existing Protective Order concerning confidential information, moves the court to impound "Supporting Exhibits to Affidavit of John K. Weir," which is filed herewith.

                                                       John R. Layton, plaintiff,

                                                       By his attorneys,

                                                       BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569


and

_____
John K. Weir
Admitted Pro Hac Vice
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700

                                                                       New York, New York, 10022
Tel.: 212.572.5374

Date: March 21, 2006

Certificate of Service.

    This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                             /s/ Kevin F. Moloney_____
                                             Kevin F. Moloney

Dated: March 21, 2006

[351573.1]