UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| John R. Layton,<br><br>      Plaintiff,<br><br>v.<br><br>Deutsche Investment Management Americas, Inc.,<br><br>      Defendant. | BBO No. 351000<br><br>Opposition of Plaintiff Layton to Defendant's Motion to Strike the O'Hara Affidavit and its Attached Exhibit 1 and Request for Hearing. and Oral Argument |

<u>P</u>laintiff John R. Layton ("Layton") opposes the motion of defendant Deutsche Investment Management Americas, Inc. ("DIMA") to "Strike Affidavit of David R. O'Hara and its Attached Exhibit 1" ("Motion to Strike").  The grounds for this opposition are set forth in the accompanying Memorandum of Plaintiff Layton in Support of his Opposition to Defendant's Motion to Strike the O'Hara Affidavit and attached Exhibit 1

<u>Request for Hearing and Oral Argument</u>.

Layton requests a hearing and oral argument on DIMA's motion to strike the O'Hara Affidavit and its attached Exhibit 1.

JOHN R. LAYTON, plaintiff,

By his attorneys,

BARRON & STADFELD, P.C.

<u>/s/ Kevin F. Moloney</u>
Kevin F. Moloney    BBO No. 351000
Roger T. Manwaring   BBO No. 548614
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.531.6569

and
<u>/s/ John K. Weir</u>
John K. Weir, admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700

                                                       New York, New York 10022
                                                          Tel.: 212.572.6374

Dated: March 21, 2006.

                                                     <u>Certificate of Service</u>.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                        <u>/s/ Kevin F. Moloney</u>

Dated: March 21, 2006.

[_____.1]