UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| John R. Layton, | ) | BBO No. 351000 |
| | ) | |
| Plaintiff, | ) | Motion of Plaintiff, John R. Layton, to Amend his Complaint |
| | ) | and |
| v. | ) | Memorandum in Support |
| | ) | and |
| Deutsche Investment Management Americas, Inc., | ) | Request for Hearing and Oral Argument. |
| | ) | |
| Defendant. | ) | and |
| | ) | Certificate as to Compliance with Local Rule 7.1 |

Motion.

Plaintiff John R. Layton ("Layton"), moves the court for leave to file an amended complaint in the form annexed hereto as Exhibit "A". A version of the proposed amended complaint showing the changes from the original complaint is annexed hereto as Exhibit "B". The proposed amendment changes the factual basis for Layton's common law counts for breach of the covenant of good faith and fair dealing, breach of contract, and fraudulent and negligent misrepresentation.

The grounds for this motion are more fully set forth in the accompanying memorandum.

Request for Hearing and Oral Argument.

Layton requests a hearing and oral argument on his motion to amend the complaint.

Certificate as to Compliance with Local Rule 7.1

On March 21, 2006, counsel for Layton had a telephone conversation with DIMA counsel as to the allowance of the within motion and the parties were unable to agree.

JOHN R. LAYTON, plaintiff,

By his attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney    BBO No. 351000

        Roger T. Manwaring  BBO No. 548614
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.531.6569

        and

        /s/ John K. Weir_____
        John K. Weir, admitted PHV
        John K. Weir Law Offices, LLC
        300 Park Avenue, Suite 1700
        New York, New York 10022
Dated: March 21, 2006.        Tel.: 212.572.6374

<u>Certificate of Service</u>.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); and to co-counsel for plaintiff, John K. Weir, via e-mail.

        /s/ Kevin F. Moloney_____
Dated: March 21, 2006.

[_____.1]

2