```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| * * * * * * * * * * * | * | Civil Action No. 04-10500-EFH |
| | * | |
| JOHN R. LAYTON | * | |
| | * | BBO No. 548614 |
|     Plaintiff, | * | |
| | * | Appearance |
| v. | * | of |
| | * | Roger T. Manwaring, |
| DEUTSCHE INVESTMENT | * | Barron & Stadfeld, P.C. |
| MANAGEMENT AMERICAS | * | for |
| INC., | * | Plaintiff John R. Layton |
|     Defendants. | * | |
| | * | |
| * * * * * * * * * * * | * | |

To the Clerk of the Court:

    Please take notice that Roger T. Manwaring, Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, Massachusetts 02114, appears for plaintiff John R. Layton.

                                      JOHN R. LAYTON, plaintiff,

                                      By his attorneys,

                                      BARRON & STADFELD, P.C.

                                      s/ Roger T. Manwaring
                                      Roger T. Manwaring   BBO No. 548614
                                      100 Cambridge Street, Suite 1310
                                      Boston, Massachusetts 02114
                                      Tel.: 617.723.9800/531.6569

Dated: July 28, 2006

                              Certificate of Service
    A copy of the within document was transmitted via the CM/ECF System to counsel of record: David S. Rubin, Daniel J. Blake and Heather C. Krauss, EPSTEIN, BECKER & GREEN, P.C., 111 Huntington, Avenue, Boston, Massachusetts, 02199; and, by mail, first class, postage prepaid, to John K. Weir, JOHN K. WEIR LAW

OFFICES, 300 Park Avenue, Suite 1700, New York, New York, 10022

```
                              s/ Roger T. Manwaring
                              Roger T. Manwaring
Dated: July 28, 2006
```

[365465.1]