UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * *  * | Civil Action No. 04-10500-EFH |
| * | |
| JOHN R. LAYTON, * | |
| * | BBO No. 351000 |
| Plaintiff, * | |
| * | Plaintiff John R. Layton's |
| v. * | Motion for an Order |
| * | Extending to November 30, 2006, |
| DEUTSCHE INVESTMENT * | as the Date for the Completion |
| MANAGEMENT AMERICAS, * | of Fact and Expert Discovery |
| INC., * | |
| Defendants. * | and |
| * | Request for Hearing and |
| * * * * * * * * * * * *  * | Oral Argument |

and
Certificate as to Compliance
With Local Rule 7.1(a)(2)

<u>MOTION</u>.

Plaintiff John R. Layton ("Layton ") moves the court to enter an order extending to November 30, 2006, the period for completion of fact and expert discovery.  This motion does <u>not</u> seek any change in the previously scheduled date of January 16, 2007, for the start of trial.

The grounds for this motion are set forth in detail in the accompanying "Memorandum of Plaintiff John R. Layton in Support of his Motion for Order Extending to November 30, 2006, as the Date for the Completion of Fact and Expert Discovery.

<u>REQUEST FOR HEARING AND ORAL ARGUMENT</u>.

Layton requests a hearing and oral argument.

<u>CERTIFICATE AS TO COMPLIANCE WITH</u>

LOCAL RULE 7.1(a)(2).

Counsel for the parties have conferred regarding the relief sought in the within motion but were not able to reach agreement.

JOHN R. LAYTON, plaintiff,

By his attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney_____
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir _____
John K. Weir, admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York 10022
Tel.: 212.572.6374

Dated: September 5, 2006.


Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kevin F. Moloney_____

Dated: September 5, 2006


[369433.1]