```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

```
* * * * * * ** * * * * * *   *   Civil Action No. 04-10500-EFH
                             *
John R. Layton,              *   BBO No. 351000
                             *
         Plaintiff,          *
                             *   Plaintiff Layton's
                             *   Notice of Intent to
v.                           *   File Assented to
                             *   Motion for Leave to
Deutsche Investment          *   File Reply Memorandum
Management Americas, Inc.,   *   to Layton's Motion for
                             *   an Order Extending
         Defendant.          *   to November 30, 2006,
                             *   as the Date for the
* * * * * * ** * * * * * *   *   Completion of Fact and
                                 Expert Discovery
```

Plaintiff John R. Layton ("Layton") gives notice of his intent to file by tomorrow, Wednesday, September 20, 2006, an assented to motion for leave to file a Reply Memorandum to defendant's Opposition, filed yesterday, September 18, 2006, to Layton's "Motion for an Order Extending to November 30, 2006 as the Date for the Completion of Fact and Expert Discovery." The Reply Memorandum will accompany the assented to motion for leave to file as Exhibit "A" thereto.

> John R. Layton, plaintiff,
>
> By his attorneys,
>
> BARRON & STADFELD, P.C.
>
> /s/ Kevin F. Moloney_____
> Kevin F. Moloney  BBO No. 351000
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts  02114

>Tel.: 617.723.9800/531.6569
>
>and
>
>_____
>John K. Weir
>Admitted Pro Hac Vice
>John K. Weir Law Offices, LLC
>300 Park Avenue, Suite 1700
>New York, New York, 10022
>Tel.: 212.572.5374

Date: September 19, 2006

## Certificate of Service.

    This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and to co-counsel for plaintiff, John K. Weir, via e-mail.

>/s/ Kevin F. Moloney_____

Dated: September 19, 2006

[371200.1]