UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * ** * * * * * *   *    Civil Action No. 04-10500-EFH
                             *
JOHN R. LAYTON,              *    BBO No. 351000
                             *
        Plaintiff,           *    Assented to
                             *    Motion of Plaintiff
v.                           *    Layton for Leave to
                             *    File his Reply Memorandum
DEUTSCHE INVESTMENTS         *    to Defendant's Opposition
MANAGEMENT AMERICAS, INC.,   *    to Layton's Motion for
                             *    an Order Extending
        Defendant.           *    to November 30, 2006,
                             *    as the Date for the
* * * * * * ** * * * * * *   *    Completion of Fact and
                                  Expert Discovery
```

   With the assent of defendant Deutsche Investments Management America ("DIMA"),[1] plaintiff John R. Layton ("Layton") moves the court to grant leave to file his Reply Memorandum to DIMA's Opposition to his  "Motion for an Order Extending to November 30, 2006 as the Date for the Completion of Fact and Expert Discovery."  Layton's Reply Memorandum accompanies this motion as Exhibit "A" thereto.

   Layton seeks leave to file this Reply Memorandum because, in its opposition DIMA has omitted material facts, misstated Layton's positions and the prior proceedings and events in this

---

[1] DIMA's assent is to the granting of the relief sought, not to the reasons stated herein.

case and has misconstrued prior rulings of the court.

Accordingly, in the interests of fairness and proper and full presentation of the issues, Layton requests the court to grant leave for the filing of his Reply Memorandum.

>John R. Layton, plaintiff,
>
>By his attorneys,
>
>BARRON & STADFELD, P.C.
>
>/s/ Kevin F. Moloney_____
>Kevin F. Moloney   BBO No. 351000
>100 Cambridge Street, Suite 1310
>Boston, Massachusetts  02114
>Tel.: 617.723.9800/531.6569
>
>and
>
>/s/ John K. Weir_____
>John K. Weir
>Admitted Pro Hac Vice
>John K. Weir Law Offices, LLC
>300 Park Avenue, Suite 1700
>New York, New York, 10022
>Tel.: 212.572.5374

Date: September 19, 2006

>Certificate of Service.

This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and to co-counsel for plaintiff, John K. Weir, via e-mail.

>/s/ Kevin F. Moloney_____

Dated: September 19, 2006

[371348.1]