UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * ** * * * * * * * | * | Civil Action No. 04-10500-EFH |
| JOHN R. LAYTON, | * | BBO No. 351000 |
| Plaintiff, | * | <u>Assented to</u> |
| | * | Motion of Plaintiff Layton |
| v. | * | for Leave to Substitute his |
| | * | Corrected Reply Memorandum |
| DEUTSCHE INVESTMENTS | * | Exhibit "1," hereto for his |
| MANAGEMENT AMERICAS, INC., | * | Reply Memorandum That is |
| | * | Exhibit A to Docket No.72, |
| | * | the Assented to Motion of |
| Defendant. | * | Plaintiff Layton for Leave to |
| | * | File his Reply Memorandum to |
| * * * * * * * * * * * * * * * | | Defendant's Opposition to |
| | | his Motion for Order |
| | | Extending to November 30, |
| | | 2006, as the Date for the |
| | | completion of...Discovery" |

   With the assent of defendant Deutsche Investments Management Americas, Inc. ("DIMA"), plaintiff John R. Layton ("Layton") moves the court for leave to substitute his "Corrected Reply Memorandum..." that is Exhibit "1," hereto, for his original "Reply Memorandum..." that is Exhibit A to Docket No. ___, his "Assented to Motion for Leave to File his Reply Memorandum to [DIMA's] Opposition to his 'Motion for an Order Extending to November 30, 2006 as the Date for the Completion of Fact and Expert Discovery.'"

   Layton seeks leave of court in order to correct a typographical error on p. 6 of his original Reply Memorandum by deleting lines 1 and 2 on p. 6 thereof ("August 2005 for fact

discovery but, on the other hand, DIMA would not agree to extend fact discovery beyond the prior March") and by substituting therefor the following: "August 2005 for fact discovery but, on the other hand, DIMA would not agree to extend expert discovery beyond the prior March.

                              John R. Layton, plaintiff,

                              By his attorneys,

                              BARRON & STADFELD, P.C.

                              /s/ Kevin F. Moloney_____
                              Kevin F. Moloney  BBO No. 351000
                              100 Cambridge Street, Suite 1310
                              Boston, Massachusetts  02114
                              Tel.: 617.723.9800/531.6569

                              and

                              /s/ John K. Weir_____
                              John K. Weir
                              Admitted Pro Hac Vice
                              John K. Weir Law Offices, LLC
                              300 Park Avenue, Suite 1700
                              New York, New York, 10022
                              Tel.: 212.572.5374

Date: September 21, 2006

                        Certificate of Service.

    This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.
                              /s/ Kevin F. Moloney_____

Dated: September 21, 2006

[371540.1]