UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LAYTON, <br><br> *Plaintiff*, <br><br> v. <br><br> DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC. <br><br> *Defendant*. | CIVIL ACTION <br> NO. 04-10500-EFH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated by and between the parties to the above-action that this action be dismissed with prejudice, and that each party shall bear its own costs and all rights of appeal shall be waived.

Respectfully submitted on this 7th day of February, 2007.

| ATTORNEY FOR PLAINTIFF, | ATTORNEYS FOR DEFENDANT, |
|---|---|
| JOHN R. LAYTON, | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC., |
| /s/: John K. Weir | /s/: David S. Rubin |
| John K. Weir, Admitted *Pro Hac Vice* | David S. Rubin, BBO # 546213 |
| John K. Weir Law Offices, LLC | Heather C. Krauss, BBO # 644457 |
| 300 Park Avenue | FOLEY & LARDNER LLP |
| Suite 1700 | 111 Huntington Avenue |
| New York, New York 10022 | Boston, Massachusetts 02199 |
| Telephone: (212) 572-5374 | Telephone: (617) 342-4000 |

BOST_218951.7

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/: Heather C. Krauss
Heather C. Krauss